IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHRISTOPHER TINSLEY,

    Petitioner,

v.

DANNIE THOMPSON, Warden,

    Respondent.

CIVIL ACTION NO.: CV209-205

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Christopher Tinsley ("Tinsley") asserts that his failure to raise grounds two and four of his petition in his direct appeal is "excusable" because he did not receive effective counsel on appeal. (Doc. No. 15, p. 3). As noted in the Magistrate Judge's Report, the state court's determination that Tinsley received effective assistance of counsel was not "objectively unreasonable." Yarborough v. Gentry, 540 U.S. 1, 5 (2003). Tinsley offers no other reason that his failure to raise these grounds on appeal is excusable; therefore, his Objections are **OVERRULLED**.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Grounds two, four, and five of the petition are **DISMISSED**.

Grounds one and three are **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 2 day of August, 2010.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA